

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 11, 2021

**BY EMAIL**

The Honorable Jesse M. Furman
United States District Judge
40 Foley Square
New York, New York 10007

      Re:   *United States v. Orlando Carmona Serrano, a/k/a "The Barber,"*
            S10 16 Cr. 387 (JMF)

Dear Judge Furman:

      The Government respectfully writes to request that the Court unseal the above-referenced indictment, S10 16 Cr. 387 (JMF). We have been advised that the defendant named in the Indictment has now been arrested in Puerto Rico and is currently in custody. For the Court's information, the Government does not anticipate that this arrest should affect the current October trial date for the other defendants in this action. Because we do not know when defendant Carmona Serrano will arrive in the District, and because the Indictment does not charge Carmona Serrano with racketeering, the Government anticipates that it will likely propose to try Carmona Serrano separately from his co-defendants.

Application GRANTED. The Clerk of Court is hereby directed to unseal the above mentioned indictment. SO ORDERED.

March 11, 2021

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:  /s/_____
     Adam S. Hobson
     Lara Pomerantz
     Andrew Thomas
     Justin Rodriguez
     Assistant United States Attorneys
     (212) 637-2484/-2343/-2106