**HOWARD LEADER**
ATTORNEY AT LAW
534 WEST 112TH STREET
P.O. BOX 850294
NEW YORK, NEW YORK 10025
TELEPHONE (646) 533-7696
FACSIMILE   (646) 590-9676
E-MAIL HOWARD.LEADER@GMAIL.COM

**FILED VIA ECF**

Hon. Jesse M. Furman
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

May 26, 2022

<u>United States v. Orlando CARMONA-SERRANO</u>
(S10) 16 Cr. 387 (JMF)

Dear Judge Furman:

This matter is currently scheduled for an in-person status conference before the Court on June 2, 2022. This letter is to request an adjournment for ninety (90) on consent.

The purpose of the adjournment is to allow the defense additional time to continue to review the very voluminous discovery produced by the government with the client, as well as to obtain translations of numerous documents. Additional material has only recently been received and the jail where the defendant is housed has only very recently begun to permit in-person legal-visits again, as a result of ongoing COVID-19 protocols.

In conjunction with this request, we ask the Court to adjust the motion schedule previously put in place and consent to an exclusion under the Speedy Trial clock in these circumstances.

For these reasons, we ask that the June 2, 2022 status conference in this matter be adjourned until the late morning or early afternoon, on a date in late September that is convenient for the Court.

      Finally, should the Court decide that the adjourned conference can take place remotely, Mr. Carmona-Serrano is prepared to waive his right to attend in-person. It is counsel's understanding that the Constitution, the Federal Rules and the CARES Act so permit.

Respectfully submitted,

/s/
HOWARD LEADER

cc:    Adam Hobson, Esq.,
        Assistant United States Attorney    (VIA ECF)

---

The application for an adjournment of the June 2, 2022 conference is DENIED. The conference will be held in person in Courtroom 1105.

At the conference, the parties should be prepared to address the request for another extension of the motion deadline. (Counsel should also be prepared to set a firm trial date.) The Court notes that the original deadline of September 10, 2021, was set *over a year ago*, and that counsel has, for reasons similar to those cited here, sought, and received, *four* prior extensions of the deadline. *See* ECF Nos. 546, 562, 599, 683. The Court further notes that the most recent extension was only to May 20, 2022, *a date that has passed*. *See* ECF No. 683.

The Clerk of Court is directed to terminate ECF No. 753.

SO ORDERED.

May 26, 2022