**Howard Leader**
Attorney at Law
534 West 112th Street
P.O. Box 850294
New York, New York 10025
Telephone (646) 533-7696
Facsimile   (646) 590-9676
E-mail howard.leader@gmail.com

**FILED VIA ECF**

Hon. Jesse M. Furman
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. No further extensions are likely to be granted. The Clerk of Court is directed to terminate Doc. #779. SO ORDERED.

August 18, 2022

August 18, 2022

United States v. Orlando CARMONA-SERRANO
(S10) 16 Cr. 387 (JMF)

Dear Judge Furman:

This letter is submitted for the purpose of requesting an adjustment of the motion schedule in this matter to resolve a factual matter that may obviate the need for motions at all. The government has no objection.

As the Court will recall, the schedule is currently as follows:

defense motions are due August, 19, 2022;
government's response is due September 2, 2022; and
defense reply, if any, is due September 12, 2022.

The parties respectfully request an adjustment of 30 days out of an abundance of caution to accommodate the resolution of the factual matter. If the Court is amenable, the parties jointly suggest the following schedule:

defense motions due September, 16, 2022;
government's response due September 30, 2022; and
defense reply, if any, due October 10, 2022.

- 2 -

We thank the Court for its kind consideration of this matter.

Respectfully submitted,

/s/
HOWARD LEADER

cc: Adam Hobson, Esq.,
      Assistant United States Attorney     (VIA ECF)