# Howard Leader
### Attorney at Law
534 West 112th Street
P.O. Box 850294
New York, New York 10025
Telephone (646) 533-7696
Facsimile  (646) 590-9676
E-mail howard.leader@gmail.com

**FILED VIA ECF**

Hon. Jesse M. Furman
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

> Duly Noted.  The Court commends counsel on their successful efforts to resolve the issue.  The Clerk of Court is directed to terminate Doc. #789. SO ORDERED.
>
> /s/ Jesse M. Furman
> September 16, 2022

September 16, 2022

<u>United States v. Orlando CARMONA-SERRANO</u>
(S10) 16 Cr. 387 (JMF)

Dear Judge Furman:

On August 18, 2022 the Court granted the defense an additional thirty (30) days, until today, to file motions. The purpose of the extension was to help facilitate the resolution of a factual issue that could obviate the need to file motions.

This letter is to advise the Court that this issue has indeed been resolved and that, accordingly, we shall not be filing any motions to suppress.

The Court should be aware, and the record should be clear, that this determination has been reached after careful review of the R.16 discovery provided by the government and multiple conversations with both the government and Mr. Carmona-Serrano.

Respectfully submitted,

/s/
HOWARD LEADER

cc:   Adam Hobson, Esq.,
       Assistant United States Attorney     (VIA ECF)