UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
 -v- : 16-CR-387-12 (JMF)
:
ORLANDO CARMONA SERRANO, : <u>SCHEDULING ORDER</u>
:
                        Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Absent a plea, *see* ECF No. 849, trial in this case is scheduled for **July 10, 2023** at **9:30 a.m.**

It is hereby ORDERED that any proposed *voir dire*, proposed jury instructions, and proposed verdict forms, as well as any motions *in limine* or trial memoranda, shall be filed by noon on **June 22, 2023**. Any opposition to a motion *in limine* or trial memorandum shall be filed by noon on **June 29, 2023**. To the extent either party believes that the Court should set additional pretrial deadlines, counsel shall confer and submit a proposed order.

In accordance with the Court's Individual Rules and Practices for Criminal Cases, available at http://nysd.uscourts.gov/judge/Furman, parties should not submit courtesy copies of any submissions, unless the Court orders otherwise. The proposed *voir dire*, proposed jury instructions, and proposed verdict forms must be e-mailed, in Microsoft Word format, to Furman_NYSDChambers@nysd.uscourts.gov.

It is further ORDERED that the parties appear for a final pretrial conference on **July 6, 2023**, at **10:00 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007. **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.**

The parties must familiarize themselves with the Court's Individual Rules and Practices for Trials, available at http://nysd.uscourts.gov/judge/Furman.

SO ORDERED.

Dated: May 18, 2023
       New York, New York

_____
JESSE M. FURMAN
United States District Judge