UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA,                                              :
                                                                       :
                 -v-                                            :    16-CR-387-12 (JMF)
                                                                       :
ORLANDO CARMONA SERRANO,                                               :    ORDER
                                                                       :
                       Defendant.                              :
                                                                       :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As discussed on the record during today's proceeding, the Court hereby appoints counsel pursuant to the Criminal Justice Act for the limited purpose of advising Defendant with respect to his current situation with counsel of record. Marc L. Greenwald of Quinn Emanuel Urquhart & Sullivan, LLP, (212) 849-7000, is so appointed. As discussed, the parties, including counsel of record and Mr. Greenwald, shall appear on **June 15, 2023**, at **11 a.m.** to discuss the situation.

       SO ORDERED.

Dated: June 6, 2023
       New York, New York
                                                           JESSE M. FURMAN
                                                      United States District Judge