```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :           ~~PROPOSED~~ ORDER
        - v. -                     :
                                   :           S10 16 Cr. 387 (JMF)
ORLANDO CARMONA-SERRANO, a/k/a,    :
"The Barber"                       :
                                   :
                Defendant.         :
- - - - - - - - - - - - - - - - - x
```

JESSE M. FURMAN, District Judge:

The United States Marshals Service shall transport the defendant, ORLANDO CARMONA-SERRANO, a/k/a "The Barber," Reg. No. 33998-509, to the Southern District of New York as soon as possible for the purpose of his appearance at the conference in the above-captioned case scheduled for October 24, 2023 at 2:30 p.m.

SO ORDERED.

_____
HONORABLE JESSE M. FURMAN
United States District Judge

Dated: New York, New York
       October 13, 2023