**HOWARD LEADER**
ATTORNEY AT LAW
534 WEST 112TH STREET
P.O.B. 250894
NEW YORK, NEW YORK 10025
TELEPHONE (646) 533-7696
FACSIMILE   (646) 590-9676
E-MAIL HOWARD.LEADER@GMAIL.COM

**FILED VIA ECF**

Hon. Jesse M. Furman
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. Sentencing is hereby ADJOURNED to March 21, 2024, at 3:00 p.m. The Clerk of Court is directed to terminate Doc. #889. SO ORDERED.

January 9, 2024

January 8, 2024

<u>United States v. Orlando CARMONA-SERRANO</u>
(S16) 16 Cr. 387 (JMF)

Dear Judge Furman:

As the Court will recall, Mr. Carmona pleaded guilty in this matter on October 24, 2023 and is currently scheduled for sentence on February 1, 2024. For the reasons that follow, the defense is seeking an adjournment of sentencing for some 45 days to a date convenient for the Court. The government does not object.

The First Disclosure of the PSR was made on December 27, 2023. However, the intervening holiday schedule has meant that I have been unable to review the PSR with my client, who is being held at the MDC, Brooklyn, until today. There are a number of issues we would like to resolve prior to the disclosure of the Final PSR if at all possible. Further, we are still in the process of gathering materials for the defense sentencing memorandum which will require translation into English. Our sentencing memorandum is due two weeks prior to sentence.

Accordingly, if the Court is amenable, an adjournment of sentencing for approximately 45 days should allow us to do the necessary and file our memorandum in

- 2 -

accordance with the Court's individual rules and practices. I can be available any afternoon the week of March 18, 2024 if that is convenient for the Court.

No prior request for an adjournment of sentencing has been made.

Respectfully submitted,

/s/
HOWARD LEADER

cc: Peter Davis, Esq.
Jacob Fiddleman, Esq.
Adam S. Hobson, Esq.
Assistants United States Attorney                    VIA ECF