**Howard Leader**
**Attorney at Law**
**534 West 112th Street**
**P.O.B. 250894**
**New York, New York 10025**
**Telephone (646) 533-7696**
**Facsimile   (646) 590-9676**
**E-mail howard.leader@gmail.com**

**FILED VIA ECF**

Hon. Jesse M. Furman
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

*Application GRANTED. Sentencing is hereby ADJOURNED to April 10, 2024, at 3:00 p.m. . No further extensions are likely to be granted. The Clerk of Court is directed to terminate Doc. #909. SO ORDERED.*

*March 7, 2024*

March 6, 2024

<u>United States v. Orlando CARMONA-SERRANO</u>
(S16) 16 Cr. 387 (JMF)

Dear Judge Furman:

    Sentencing in this matter is currently scheduled for March 21, 2024 and the defense sentencing submission is due tomorrow, March 7, 2024. This letter is submitted to request a two-week adjournment for both. The government does not object.

    The Final Disclosure of the PSR was made earlier today rather than the due date of February 28, 2024. We have no objection to that and, indeed, we consented. However, Mr. Carmona and I need time to meet again at the MDC, Brooklyn where he is being held so we may review the PSR and his sentencing memorandum in light of today's Final Disclosure. I am also waiting on some additional documents from Puerto Rico that will have to be translated.

    If the Court is amenable, we would propose that sentencing be rescheduled for any afternoon that is convenient for the Court during the week of April 8, 2024. Defense submission would be two weeks prior thereto, in accordance with the Court's individual rules and practices.

- 2 -

We thank the Court for its kind consideration.

                        Respectfully submitted,

                                /s/
                        HOWARD LEADER

cc: Peter Davis, Esq.
Jacob Fiddleman, Esq.
Adam S. Hobson, Esq.
Assistants United States Attorney                        VIA ECF