**HOWARD LEADER**
ATTORNEY AT LAW
534 WEST 112TH STREET
P.O.BOX 250894
NEW YORK, NEW YORK 10025
TELEPHONE (646) 533-7696
FACSIMILE   (646) 590-9676
E-MAIL HOWARD.LEADER@GMAIL.COM

> Application GRANTED. Counsel should order the transcript from the Court Reporters in the normal course, and submit an evoucher. The Clerk of Court is directed to terminate Doc. #922. SO ORDERED.
>
> April 15, 2024

**FILED VIA ECF**

Hon. Jesse M. Furman
United States District Judge
United States District Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

April 15, 2024

<u>United States v. Orlando CARMONA-SERRANO</u>
(S16) 16 Cr. 387 (JMF)

Dear Judge Furman:

    This letter is submitted to request the release of Mr. Carmona's sentencing minutes from the proceeding conducted on April 11, 2024. The government does not object.

    The reason for the request is two-fold. First, while admittedly the likelihood of my client filing an appeal from his 240-month sentence is slim, I must nonetheless be entirely certain and the only way to do that is to have a copy of the transcript to review with him. Second, as the Court is aware, Mr. Carmona has two federal indictments pending in the District of Puerto Rico as well as one local arrest warrant. I am counsel of record to Mr. Carmona in one of the federal indictments, local counsel Laura Maldonado, Esq. is counsel to him in the second. Having a copy of last week's sentencing transcript here in the Southern District of New York is necessary to assist us in seeking to resolve Mr. Carmona's cases there.

                              Respectfully submitted,

                                    /s/
                              HOWARD LEADER

    cc: Adam S. Hobson, Esq.
        Jamie Bagliebter, Esq.
        Peter Davis, Esq., Assistants United States Attorneys (via ECF)